
# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 07-cv-11398
USCA Docket Number: 10-1235

Reginald Butler

v.

Steven O'Brien

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed __X__ paper documents ____ electronic documents:

**Main Documents:**

Document Numbers:  # 38

**Other Documents:**

Sealed Records:

Document Numbers:

*Ex parte* Records:

Document Numbers:

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 12/10/2010.

SARAH ALLISON THORNTON,
Clerk of Court

By: /s/ Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/10/10

Deputy Clerk, US Court of Appeals